IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **John Martini, Chairman, Board of Trustees, on behalf of NATIONAL ROOFING INDUSTRY PENSION FUND,** | ) ) ) ) |
| **Plaintiff,** | ) ) |
| vs. | ) ) CASE NO. 1:18-CV-941-SEB-DLP ) ) |
| **LEHMAN ROOFING, INC.,** | ) ) |
| **Defendant.** | ) |

## JOINT STIPULATION OF DISMISSAL

Plaintiff National Roofing Industry Pension Fund, by counsel, and Defendant Lehman Roofing, Inc., by counsel, hereby stipulate and represent to the Court that all matters herein have been compromised and settled and that the Cause should be dismissed with prejudice.

And the Court, being duly advised in the premises now GRANTS the same. IT IS SO ORDERED, ADJUDGED, and DECREED by the Court.

Dated this 23rd day of July, 2018

APPROVED BY:

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

/s/ Thomas E. Moss
Thomas E. Moss, Esq.
**PAUL T. BERKOWITZ & ASSOCIATES, LTD.**
123 West Madison Street, Ste 600
Chicago, Illinois 60602
Attorneys for National Roofing Pension Fund

/s/ Tony W. Fehrenbacher
Tony W. Fehrenbacher
**MANION STIGGER LLP**
One Riverfront Place
20 N.W. First Street, Suite 200
Evansville, Indiana 47708
Attorneys for Lehman Roofing, Inc.

#86131.1